# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Evan H. Stein*
*(646) 837-8650*
*estein@hsgllp.com*

August 14, 2020

VIA ELECTRONIC FILING

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re: Felipe Arroyo v. Stewart Eckert, 18-cv-5819 (PGG) (JLC)

Dear Judge Gardephe:

We represent Petitioner Felipe Arroyo in the above-referenced matter. We request the opportunity to present oral argument on the parties' objections to the report and recommendation issued by Judge Cott, which are now fully briefed. See ECF Nos. 33, 34, 39, 40.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/ Evan H. Stein (ES2139)

Anastasia Heeger
Office of the Appellate Defender
11 Park Place, Suite 1601
New York, NY 10007
*Counsel for Petitioner*

CC: Counsel of record