

May 13, 2024

United States District Court
Southern District of New York
Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

                    Re:    *Felipe Arroyo v. Stewart Eckert*, 18-cv-5819 (PGG)(JLC)

Dear Judge Gardephe:

      We are writing to respectfully inquire about the status of the pending habeas petition in this matter. If there are any questions, we can be reached at the telephone numbers and email addresses below. Thank you for your consideration.

                                      Respectfully submitted,

| | |
|---|---|
| ___/s/David Bernstein_____ | ___/s/ Noah Chamoy_____ |
| David Bernstein | Noah Chamoy |
| Deputy Attorney in Charge | Assistant District Attorney |
| Office of the Appellate Defender | Darcel D. Clark, District Attorney |
| 11 Park Pl, Suite 1601 | 198 E. 161st St. |
| New York, New York 10007 | Bronx, New York 10451 |
| dbernstein@oadnyc.org | chamoyn@bronxda.nyc.gov |
| 212-402-4141 | 718-590-2156 |