OAD | OFFICE OF THE APPELLATE DEFENDER

42 Broadway, Suite 1427, New York, NY 10004 | Tel. 212 402 4100 | Fax 212 402 4199

www.oadnyc.org

October 20, 2026

United States District Court
Southern District of New York
Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Felipe Arroyo v. Stewart Eckert*, 18-cv-5819 (PGG)(HJR)

Dear Judge Gardephe:

We are writing to follow up on the letter we jointly submitted on May 6, 2024 (Docket entry 51) and to respectfully inquire about the status of the pending habeas petition in this matter. Unfortunately, Mr. Arroyo's health is worsening and we are hopeful this case can reach a disposition and, if necessary, move forward for additional litigation.

Further, we wanted to call to your attention that the Superintendent of Green Haven Correctional Facility is now Daniel Galioto, who may need to be substituted as Respondent.

We remain available to answer any questions Your Honor has regarding this case. Thank you for your consideration.

Respectfully submitted,

___/s/David Bernstein____
David Bernstein
Supervising Attorney
Office of the Appellate Defender
42 Broadway, Suite 1427
New York, New York 10004
dbernstein@oadnyc.org
212-402-4141

___/s/ Noah Chamoy____
Noah Chamoy
Assistant District Attorney
Darcel D. Clark, District Attorney
198 E. 161st St.
Bronx, New York 10451
chamoyn@bronxda.nyc.gov
718-590-2156